IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| WILLIAM RAY HUGHES | ) | |
|     *Petitioner*, | ) | |
| | ) | CIVIL ACTION NO. 2:05-CV-00051-SA |
| v. | ) | |
| | ) | |
| CHRISTOPHER B. EPPS, Commissioner, | ) | |
| Mississippi Department of Corrections, | ) | |
|     *Respondent*. | ) | |
| | ) | |

**ORDER AUTHORIZING EXPERT ACCESS TO PETITIONER**

This matter comes before the Court on Motion by petitioner, William Ray Hughes, seeking an Order authorizing a psychologist, Dr. John R. Goff, to have direct access to petitioner for the purpose of conducting psychological testing. Because petitioner is currently incarcerated on death row in the custody of the Mississippi Department of Corrections [hereinafter "MDOC"] at the Mississippi State Penitentiary at Parchman, Mississippi, he must obtain special authorization to receive a contact visit by any person not employed by MDOC. As petitioner does not seek funds for the instant evaluation, the Court finds no principled reason to deny him the opportunity to fully develop and present his claims for relief.

The Court, being fully advised in the premises, is of the opinion that petitioner's Motion is well taken and should be sustained. Accordingly, it is hereby Ordered that:

(1)    Dr. John R. Goff, Ph.D., of 535 Jack Warner Parkway N.E., Suite A-2, Tuscaloosa, Alabama, shall be authorized to have a contact visit with William Ray Hughes, MDOC# 44573, at the Mississippi State Penitentiary at Parchman. Dr. Goff's access to Mr. Hughes shall be in accordance with the rules and procedures that MDOC has established for the psychological examination of prisoners housed on death row;

(2) Dr. Goff shall be permitted to perform psychological testing on Mr. Hughes,[1] and to carry and utilize both a tape recorder and a laptop computer for that purpose; and

(3) Mr. Hughes shall not be in hand restraints during the administration of the testing.

**SO ORDERED**, this the 13th day of March, 2009.

    /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

---

[1] Dr. Goff shall keep contemporaneous records of the testing in the event the Court later determines the records are subject to discovery.